consideration and decision of this application. *Solicitor General Jackson* for the United States. *Messrs. Albert H. Ladner, Jr.* and *A. Jere. Creskoff* for respondent.

No. 359. NATIONAL CITY BANK OF CLEVELAND, TRUSTEE, *v.* EUCLID-DOAN CO. ET AL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Clan Crawford* and *Frank Harrison* for petitioner. *Messrs. James A. Butler* and *Morris Berick* for respondents.

No. 324. A. F. HAMACEK MARINE CORP. *v.* UNITED STATES. December 11, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Hyman M. Goldstein* and *Harry C. Bierman* for petitioner. *Solicitor General Jackson* and *Assistant Attorney General Shea* for the United States.

No. 504. D'ALLESSANDRO ET AL. *v.* BECHTOL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. D. Bell* for petitioners. *Mr. Harry L. Thompson* for respondent.

No. 511. BOEING *v.* COMMISSIONER OF INTERNAL REVENUE. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Elmer E. Todd* and *Frank E.*

*Holman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman,* and *Richard H. Demuth* for respondent.

No. 512. CRISCUOLO ET AL. *v.* SWEINS ET AL. December 11, 1939. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. H. W. Hutton* for petitioners. *Mr. Thomas A. Thacher* for respondents.

No. 513. SHOAF *v.* FITZPATRICK. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. L. E. Gwinn* for petitioner. No appearance for respondent.

No. 516. DUNN ET AL. *v.* MICCO ET AL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Chas. B. Rogers* for petitioners. *Mr. Preston C. West* for respondents.

No. 539. ATCHISON, TOPEKA & SANTA FE RY. Co. *v.* BAKER, TREASURER OF BACA COUNTY, ET AL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. W. Grant, Morrison Shafroth, Chas. H. Woods,* and *Henry W. Toll* for petitioner. *Messrs. Byron G. Rogers* and *Henry E. Lutz* for respondents.